**Order filed July 10, 2014**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-12-00079-CV

_____

### CAROL JOHNENE MORRIS, Appellant

### V.

### DEERE & COMPANY D/B/A JOHN
### DEERE COMPANY, Appellee

**On Appeal from County Court at Law No. 2**
**Midland County, Texas**
**Trial Court Cause No. CC15623**

## O R D E R

After this court denied her motion for rehearing, Appellant, Carol Johnene Morris, filed a motion for en banc reconsideration. As a court of appeals with only three justices, every opinion of this court is en banc. Appellant's motion is overruled as moot.

July 10, 2014                                        PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.